

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

In Re:                                           )
                                                 )   Case No. 8:11-bk-11001-krm
Michael S. Brown                                 )   Judge:  K. Rodney May
Amy W. Brown                                     )
                                                 )
                    Debtor(s)                    )
_____)

### MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Alliance Research & Recovery, Inc., attorney-in-fact for Michael S. & Amy W. Brown, Claimant, hereby petitions the Court for $2,717.78, which is the sum of all monies being held on deposit in the Registry of the United States Bankruptcy Court, as unclaimed funds, which are due to Michael S. & Amy W. Brown.

The debtors have a right to said unclaimed funds due to the following reason: the original dividend check was sent to 1414 E. 4th Avenue in Tampa, Florida which was no longer a valid address.

The debtors' current contact information is the following:

Michael S. & Amy W. Brown
5903 S. Elkins Avenue
Tampa, FL 33611
Phone Number: (813) 368-4072
Last 4 Digits of SSN/TIN: Michael S. Brown (0325)/Amy W. Brown (5478)

Alliance Research & Recovery, Inc. now seeks to recover the unclaimed funds from the Court's Registry. Accordingly, Alliance Research & Recovery, Inc. requests that the Court order that a check in the amount of $2,717.78 made payable to Michael S. & Amy W. Brown, c/o Alliance Research & Recovery, Inc., 784 Morris Turnpike, Suite 104, Short Hills, NJ 07078, be issued from the Court's Registry.

Dated: April 29, 2015

                                        _____
                                        Brian Kornreich
                                        Alliance Research & Recovery, Inc.
                                        784 Morris Turnpike, Suite 104
                                        Short Hills, NJ 07078

State of New Jersey

County of Essex

Before me on April 29, 2015, Brian Kornreich personally appeared and acknowledged to me that he/she is the person(s) whose name(s) is subscribed within the instrument and acknowledged that the execution thereof to be his/her free act.

Notary Signature: Kicia Grace-Hardy

My Commission Expires: 2/29/2016

NOTARY SEAL

KICIA GRACE-HARDY
Notary Public
State of New Jersey
My Commission Expires Feb 29, 2016

## AFFIDAVIT OF ALLIANCE RESEARCH & RECOVERY, INC.

I, Brian Kornreich, Managing Director of Alliance Research & Recovery, Inc., hereby state as follows:

1) I have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application.

2) I have made all reasonable efforts required to believe to the best of my knowledge that Michael S. & Amy W. Brown are legally entitled to the unclaimed monies referenced in this application.

3) To the best of my knowledge and belief, I am familiar with the State of Florida requirements associated with personal representation of individuals and corporations through acting in the capacity of Attorney-in-Fact.

Dated: April 29, 2015

Brian Kornreich
Alliance Research & Recovery, Inc.
784 Morris Turnpike, Suite 104
Short Hills, NJ 07078

## CERTIFICATE OF SERVICE

Notice is hereby given that a copy of the Application for the Release of the Unclaimed Funds was served on the U.S. Attorney in compliance with 28 U.S.C. 2042 at the following address:

U.S. Attorney
Attn: Civil Procedures Clerk
400 N. Tampa Street, Suite 3200
Tampa, FL 33602

Dated: April 29, 2015

Brian Kornreich
Alliance Research & Recovery, Inc.
784 Morris Turnpike, Suite 104
Short Hills, NJ 07078

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MIDDLE FLORIDA, TAMPA DIVISION

In Re:                                          )
                                                )   Case No. 8: 11-bk-11001-krm
Michael S. Brown                                )
Amy W. Brown                                    )
                                                )   AUTHORITY TO ACT
            Debtor(s)                           )   Limited Power of Attorney
                                                )   **Limited to One Transaction Only**

Michael S. & Amy W. Brown ("Client") appoint Alliance Research & Recovery, Inc. ("Alliance") as their lawful attorney in fact **for the sole purpose of recovering unclaimed funds held on Client's behalf by the United States Bankruptcy Court, Middle District of Florida in the aggregate amount of $2,717.78** in connection with the bankruptcy proceedings under the above-referenced case.

Client grants Alliance the authority to do all things reasonably necessary to recover the unclaimed funds due to Client. Such acts shall include but are not limited to: engaging in verbal or written communication with the holder of the funds; executing and filing all documents necessary to facilitate the payment of the unclaimed funds; and receiving possession of and depositing the check payable to Client for distribution of the unclaimed funds to Client, less the fee payable to Alliance pursuant to and in accordance with its agreement with Client.

Alliance may not make any expenditure or incur any costs on behalf of Client.

This Authority to Act shall become effective as of the date below and shall expire upon the collection of the above-referenced unclaimed funds.

Signed this __24__ day of __April__, 2015

_____
Michael S. Brown

_____
Amy W. Brown

_____

State of __FLORIDA__
County of __HILLSBOROUGH__

Before me on __APRIL 24__, 2015, __Michael + Amy Brown__ personally appeared and acknowledged to me that he/she is the person(s) whose name(s) is subscribed within the instrument and acknowledged that the execution thereof to be his/her free act.

NOTARY SEAL

Notary Signature: _____

My Commission Expires: __4/9/2019__

Thomas David Lopez
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF219158
Expires 4/9/2019



