[Dogmut] [Order Granting Motion for Payment Unclaimed Funds]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                Case No. 8:11-bk-11001-KRM
                                                                      Chapter 13
Michael Scott Brown

Amy Weeks Brown
_____Debtor*_____/

## ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration, without a hearing, of the Motion for Payment of Unclaimed Funds (the "Motion"). The Motion was filed on May 4, 2015, by Alliance Research & Recovery, Inc. on behalf of Michael S. Brown and Amy W. Brown. Having verified that the sum of $2,717.78 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is granted.

2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States District Court in Orlando, Florida, for payment of the sum of $ 2,717.78 to:

Michael S. Brown and Amy W. Brown
c/o Alliance Research & Recovery, Inc.
784 Morris Turnpike, Suite 104
Short Hills, NJ 07078

Dated: JUN 0 2 2015

K. RODNEY MAY
United States Bankruptcy Judge

Clerk's Office shall serve this Order on interested parties.

Original to Financial Administrator

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.